FORM oncnf13 (Rev. 05/15)

**UNITED STATES BANKRUPTCY COURT**
Northern District of Florida
Panama City Division

In Re: Tommy Lewis Garrett Jr.                        Bankruptcy Case No.:  17–50295–KKS
  aka Tommy Garrett Jr., aka Tommy L Garrett, aka Tommy
  Garrett
  SSN/ITIN: xxx–xx–0041
   Debtor

Catrina Diane Garrett                                 Chapter:  13
aka Catrina D Garrett, aka Catrina Garrett            Judge:  Karen K. Specie
SSN/ITIN: xxx–xx–1241
   Joint Debtor

**Order and Notice of Hearing**
**on Confirmation and Fixing Time to File Objections**

To All Creditors and Parties in Interest:

Please take notice that the debtor(s) has/have filed a Chapter 13 Plan or an Amended Plan.

**IT IS ORDERED AND NOTICE GIVEN** that:

A hearing to consider confirmation of the debtor(s) proposed Chapter 13 Plan shall be held at U.S. Courthouse, 30 W. Government Street, Panama City, FL on April 12, 2018 at 09:00 AM, Central Time.

Written objections to confirmation must be filed with the Court on or before April 5, 2018 at U.S. Bankruptcy Court, 110 E. Park Ave., Ste. 100, Tallahassee, FL 32301. A copy of the objection shall also be furnished to:

**Chapter 13 Trustee**            as well as   **Debtor's Attorney**
Leigh D. Hart                                   Martin S. Lewis
P.O. Box 646                                    Lewis & Jurnovoy, P.A.
Tallahassee, FL 32302                           1100 North Palafox St.
                                                Pensacola, FL 32501

At the hearing, the Court will also hear and determine each motion, objection, and other matter filed by any party in interest that is then pending, provided that the motion, objection, or other matter was filed and served a period of time before the confirmation hearing no less than that required by the Federal Rules of Bankruptcy Procedure for notice of hearing of such a matter.

**Counsel for the debtor, if represented, is directed to serve a copy of this order together with a copy of the most recently filed plan (see Fed. R. Bankr. P. 3015(d)) to all creditors and parties in interest using a current mailing matrix from the Court's CM/ECF system, and promptly thereafter file a certificate of such service.** If the debtor is not represented by counsel, or if the debtor is represented *pro bono*, the Court will serve the Order and Plan in accordance with applicable Rules.

**DONE AND ORDERED** February 21, 2018.

/s/ Karen K. Specie
Karen K. Specie
U.S. Bankruptcy Judge